305 N.Y. 898 (1953)
George P. Karonis, Appellant,
v.
Michael A. Palmietto et al., Defendants, and Merritt, Chapman & Scott Corp., Respondent.
Court of Appeals of the State of New York.
Argued May 27, 1953.
Decided July 14, 1953
Monroe J. Cahn, Benjamin B. Hersh and Oliver K. King for appellant.
Patrick E. Gibbons, Harry H. Brown and Ralph H. Terhune for respondent.
Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.
Judgment affirmed, without costs; no opinion.